## PEORIA TRANSIT LINES, INC., *v.* CITY OF PEORIA.

No. 780.  Decided March 31, 1958.

*John E. Cassidy, Sr.* for appellant.

*Robert G. Day* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

## CANTWELL *v.* CANTWELL.

No. 766.  Decided March 31, 1958.

*William C. Wines* and *John C. Lawyer* for appellant.

*Daniel F. Kelly* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.